ORIGINAL

FILED

05/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0256

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHARLES DAVID AMENT,

    Defendant and Appellant.

ORDER

FILED

MAY − 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

When self-represented Appellant Charles David Ament filed his Notice of Appeal of a Flathead County District Court's Judgment and Sentence, he filed a "Motion for Summary Ruling on Appeal" as well. The State of Montana responds in opposition.

On May 1, 2024, this Court denied Ament's petition for rehearing concerning our earlier denial of his petition for habeas corpus relief. *Ament v. Heino*, No. OP 24-0117, Order (Mont. May 1, 2024).

The State responds that Ament's motion is improper. Citing to the Montana Rules of Appellate Procedure, the State points out that Ament must file the opening brief, pursuant to M. R. App. P. 12 and 13, and that the State will file its response brief. The State adds that Ament's opening brief is not yet due. The State provides that the transcripts have not been filed, making the record on appeal incomplete.

There is no provision in this Court's rules for Ament's Motion for a Summary Ruling. As detailed by the State, he must comply with these rules to proceed with his appeal. Ament will receive a notice from the office of the Clerk of the Supreme Court when the transcripts have been received. Additionally, Ament may file a motion for appointment of counsel with this Court for his criminal appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Ament's Motion for Summary Ruling on Appeal is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Charles Davide Ament along with a copy of this Court's Appellate Handbook.

DATED this 3rd day of May, 2024.

For the Court,

By _____
                                    Chief Justice